# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

FRANKIE MONEGRO, on behalf of himself
and all others similarly situated,
     Plaintiff,

v.

THE PEANUT PATCH, INC.

CASE NO.: 1:20-cv-6784

     Defendant.

_____ /

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

IT IS HEREBY AGREED TO by the Plaintiff and Plaintiff's attorney, and the

Defendant, The Peanut Patch, Inc. that whereas no party hereto is an infant, incompetent

person for whom a committee has been appointed or conservatee, and no person not a party

has an interest in the subject matter of the action, that the above entitled action against

Defendant, The peanut Patch, Inc. shall be and hereby is dismissed with prejudice and on the

merits, without costs, or disbursements, or attorney's fees to any party pursuant to Rule 41(a)

(1)(A)(i) of the Federal Rules of Civil Procedure, and that judgment of dismissal with

prejudice may be entered in the above entitled action pursuant hereto.

Dated: September 29, 2020

**So Ordered.**

Dated: September 30, 2020
    New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

Respectfully Submitted,

_/s/David Paul Force_____
David Paul Force Esq.
**Stein Saks, PLLC**
285 Passaic Street
Hackensack, NJ 07601
dforce@steinsakslegal.com
Tel. 201-282-6500
Fax 201-282-6501
*Attorneys for Plaintiff*

**<u>Certificate of Service</u>**

I hereby certify that on this date, I electronically filed this Notice of Voluntary Dismissal using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record. I also emailed this Notice to all parties who have not made an appearance in this case.


This 29th day of September, 2020     Respectfully Submitted,

*<u>/s/ David Paul Force</u>*
David Paul Force